**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VA V.,

                Petitioner,

v.

JAMES MCHENRY, LISA MONACO,
KRISTI NOEM, PETER BERG, and
WARDEN OF FREEBORN COUNTY
DETENTION CENTER,

                Respondents.

Case No. 25-cv-2836 (LMP/JFD)

**ORDER TO SHOW CAUSE**

---

**IT IS HEREBY ORDERED THAT:**

1.      Respondents are directed to file an answer or answers to the petition for a writ of habeas corpus of Petitioner Va V. (ECF No. 1) no later than **July 24, 2025**, showing cause why the writ should not be granted in this case;

2.      Respondents' answers should include:

    a.      Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's detention in light of the issues raised in the Petition. Such exhibits should include (1) any Orders of Supervision applicable to Petitioner and (2) any notification that Petitioner has received regarding the reasons for revocation of his release.

    b.      A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims; and

c.      Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3.      If Petitioner wishes to reply to Respondents' answers, he must file his reply no later than **August 4, 2025**.  After that, neither party may submit additional filings unless authorized by the Court.

Dated: July 15, 2025

*s/Laura M. Provinzino*

Laura M. Provinzino
United States District Judge