**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

VA V.,                                              Case No. 25-cv-2836 (LMP/JFD)

          Petitioner,

v.

PAMELA J. BONDI, TODD                   **SECOND ORDER**
BLANCHE, KRISTI NOEM, PETER            **TO SHOW CAUSE**
BERG, and WARDEN OF FREEBORN
COUNTY DETENTION CENTER,[1]

          Respondents.

---

**IT IS HEREBY ORDERED THAT:**

1.      No later than August 8, 2025, Respondents are directed to file exhibits, declarations, or other evidence relating to the following topics:

      a.      The annual number of removals to Laos from 2009 to the present.

      b.      The annual number of travel document requests made to the Government of Laos for Laotian nationals ordered removed from the United States from 2009 to the present.

      c.      The annual number of travel documents issued to Laotian nationals ordered removed from the United States from 2009 to the present.

---

[1]      Respondents' names are automatically substituted to those of current officeholders under Fed. R. Civ. P. 25(d).

d.  The number of requests made in 2025 by ERO St. Paul to the Government of Laos for travel documents for noncitizens with orders of removal.

e.  How, precisely, the Government of Laos has been "cooperative" with travel document issuance, as stated in SDDO Pryd's Declaration. *See* ECF No. 7 ¶ 11.

f.  Any prior attempts to procure a travel document from Laos for Petitioner.

g.  Petitioner's cooperation with procuring a Laotian travel document.

h.  Any communications that the United States Government has had with the Government of Laos regarding the present request for a travel document for Petitioner.

i.  What efforts ICE undertook to procure a travel document for Petitioner prior to June 24, 2025.

j.  How, precisely, Petitioner is "similarly situated" to the six Laotians removed to Laos, as described in SDDO Pryd's Declaration. *See* ECF No. 7 ¶ 11.

k.  The length of time it took to receive travel documents for the six Laotians removed to Laos, as described in SDDO Pryd's Declaration. *See* ECF No. 7 ¶ 11.

2.  With this evidence, Respondents may file a brief of no more than 7 pages explaining why this evidence, along with the evidence previously submitted by

Respondents, demonstrates changed circumstances creating a significant likelihood that Petitioner will be removed in the reasonably foreseeable future.  *See* 8 C.F.R. § 241.13(i)(2).

3.      No later than August 13, 2025, Petitioner may respond to Respondents' brief and evidence with any other relevant exhibits, declarations, or evidence, along with a brief of no more than 7 pages.

4.      No further briefing or evidence will be taken in this matter after August 13, 2025.  This matter will be taken under advisement on the papers.

Dated: August 4, 2025                                   *s/Laura M. Provinzino*
                                                        Laura M. Provinzino
                                                        United States District Judge